

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

IDEA ITALIANA S.R.L. and HELIOS
INTERNATIONAL S.A.R.L.,

                Plaintiffs,

-against-

CANTAMESSA USA, INC., FABRIZIO
CANTAMESSA, and ROBERT KHEIT,

                Defendants.
---------------------------------------------------------------- x

Civil Case No.: 12-CV-8205 (RWS)

**STIPULATION EXTENDING
DEFENDANTS' TIME TO
ANSWER**

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Idea Italiana s.r.l. and Helios International S.A.R.L. (collectively, "Plaintiffs") and counsel for Defendants Cantamessa USA, Inc., Fabrizio Cantamessa and Robert Kheit (collectively, "Defendants"), that the time for Defendants to answer and/or move with respect to the Complaint is extended up to and including January 18, 2013.

Dated: New York, New York
         December 10, 2012

OBERDIER RESSMEYER LLP
*Attorneys for Plaintiffs Idea Italiana s.r.l.
and Helios International S.A.R.L.*

By: _____
    Carl W. Oberdier (cwo@oberdier.com)

655 Third Avenue, 28th Floor
New York, New York 10017
Tel.: (212) 659-5141

COWAN, LIEBOWITZ & LATMAN, P.C.
*Attorneys for Defendants Cantamessa USA,
Inc., Fabrizio Cantamessa, and Robert Kheit*

By: _____
    J. Christopher Jensen (jcj@cll.com)

1133 Avenue of the Americas
New York, New York 10036
Tel.: (212) 790-9200

**SO ORDERED:**

_____
U.S.D.J.
12-11-12