

**COWAN LIEBOWITZ LATMAN**

RECEIVED JAN 14 2013 JUDGE SWEET CHAMBERS

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

J. Christopher Jensen
(212) 790-9204
jcj@cll.com

January 14, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/13
```

<u>**VIA FACSIMILE (212) 805-7925**</u>

Hon. Robert W. Sweet
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   <u>Idea Italiana s.r.l. et al. v. Cantamessa USA, Inc. et al.</u>, 12 CV-8205 (RWS)

Dear Judge Sweet:

We represent Defendants Cantamessa USA, Inc., Fabrizio Cantamessa, and Robert Kheit (collectively, "Defendants") in the above-captioned action.

Pursuant to the parties' stipulation, the time for Defendants to answer or otherwise move with respect to the Complaint is this Friday, January 18, 2013. (Dkt. No. 5). Defendants are preparing to file a motion to dismiss on that date. However, owing to the complexity of the 71-page Complaint, which asserts 17 causes of action, including four claims under the Racketeering Influenced and Corrupt Organizations Act ("RICO") as well as claims for copyright and trademark infringement and related unfair competition, Defendants believe that it will be necessary to obtain a reasonable extension of the 25-page limitation on briefs set forth in Section 2.C of the Court's Individual Practices in order to fully address the merits of the motion.

Accordingly, Defendants respectfully request leave to file a Memorandum of Law in support of their motion to dismiss not to exceed the length of 35 pages.

Respectfully submitted,

J. Christopher Jensen

cc:   Oberdier Ressmeyer LLP
      (Via e-mail and facsimile)

*[handwritten signature]*
*1-10-13*

1362545v.1 29906/000