

**OBERDIER RESSMEYER LLP**



RECEIVED
JAN 14 2013
JUDGE SWEET CHAMBERS

CARL W. OBERDIER
655 THIRD AVENUE
28TH FLOOR
NEW YORK, NY 10017
(212) 659-5141
(646) 349-4925 FAX
cwo@oberdier.com
www.oberdier.com

January 14, 2013

**BY FACSIMILE (212) 805-7925**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/13

The Honorable Robert W. Sweet
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Idea Italiana s.r.l. et al. v. Cantamessa USA, Inc. et al.*
**12 CV-8205 (RWS)**

Dear Judge Sweet:

We represent the plaintiffs in the above-captioned lawsuit. We write in response to the letter of defendants' counsel of this morning.

Plaintiffs do not oppose defendants' request to file an oversized brief of 35 pages in support of their motion to dismiss the complaint. However, if the Court grants defendants' request, plaintiffs respectfully suggest that the Court also grant plaintiffs permission to file an opposition brief of up to 35 pages. Plaintiffs will likely need to file a brief of commensurate length to defendants' to address adequately their arguments, and if the Court grants such permission now, Plaintiffs will not need to burden the Court with their request a few weeks hence.

Respectfully submitted,

*Carl Oberdier*

Carl W. Oberdier

cc: J. Christopher Jensen, Esq. (by email and facsimile)
Counsel for defendants

So ordered
Sweet
USDJ
1-14-13